In the Matter of BERNICE HOYTE, Petitioner, v. BOARD OF REGENTS OF THE UNIVERSITY OF THE STATE OF NEW YORK, Respondent.— Per Curiam. Although the record establishes that petitioner, a registered professional nurse, had been found guilty of a misdemeanor, this single incident does not, in our judgment warrant revocation of her license. Determination modified, pursuant to CPLR 7803 (subd. 3) to direct that petitioner's license be suspended for two years, and, as so modified, confirmed, without costs. Herlihy, P. J., Reynolds, Staley, Jr., Cooke and Greenblott, JJ., concur in memorandum Per Curiam.